H. H. Kellogg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CUNNINGHAM, Respondent, v. GOULD PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Mary Cunningham, as, etc., against the Gould Paper Company. No opinion. Judgment and order affirmed, with costs.

In re CURTIS' ESTATE. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) In the matter of the estate of David Curtis, deceased. No opinion. Decree unanimously affirmed, with costs.

CUTLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Henry J. Cutler against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CZOSEK v. JAECKLE. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Paul Czosek, by guardian, etc., against Mary Jaeckle, individually, etc. No opinion. Motion for reargument denied.

DALZIEL v. STAR CO. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Frederick Y. Dalziel against the Star Company. No opinion. Motion granted, with $10 costs. Order filed.

DANZINGER, Appellant, v. GOLDBERG et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Feival Danzinger against Samuel Goldberg and Selda Goldberg.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., dissents.

DAVENPORT, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Mamie E. Davenport against the Interurban Street Railway Company. E. D. O'Brien, for appellant. J. D. Atkins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re DE BOCANDE. (Supreme Court, Appellate Division, First Department. November 23, 1906.) In the matter of Ada H. De Bocande. No opinion. Order affirmed, with $10 costs and disbursements, to be paid by the attorney appellant. Order filed.

DELLEFAVE, Respondent, v. EMPIRE PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Emilio Dellefave, an infant, etc., against the Empire Portland Cement Company. No opinion. Judgment and order affirmed, with costs.

DIAMOND v. AMERICAN SURETY CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Peter Diamond against the American Surety Company. No opinion. Motion granted, with $10 costs. Order filed.

DIETRICH, Respondent, v. BALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by Jerome C. Dietrich against Jennie E. Ball, impleaded with others. No opinion. Judgment affirmed, with costs.

DIETZ, Appellant, v. DENNISON, Respondent. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by Howard J. Dietz against Elizabeth W. Dennison, as administratrix, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to vacate order directing substituted service denied, with costs, on the ground that the affidavit upon which the latter order was granted was sufficient to confer jurisdiction.

RICH, J., dissents.

In re DINKELSPIEL. (Supreme Court, Appellate Division, First Department. December 21, 1906.) In the matter of Harry Dinkelspiel, etc. C. J. Shearn, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DONOVAN, Respondent, v. WEED et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Richard J. Donovan against William R. Weed and Frederic A. Weed. No opinion. Judgment and order unanimously affirmed, with costs.

In re DOREMUS. (Supreme Court, Appellate Division, First Department. October 19, 1906.) In the matter of David I. Doremus. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DOREN, Appellant, v. LEVERING & GARRIGUES CO., Respondent. (Supreme Court, Appellate Division, First Department. December 21, 1906.) Action by Rudolph Doren against the Levering & Garrigues Company. A. Ofner, for appellant. L. Cohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DORMITZER v. ROSENQUEST. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Herbert S. Dormitzer against James W. Rosenquest. No opinion. Order affirmed, with $10 costs and bursements.